IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GINA SANGUINETTI,

    Plaintiff,

v.

CITIMORTGAGE, INC., CITIBANK, N.A., AND DOES 1-10,

    Defendants.

Case No. 12-5424 SC

ORDER GRANTING CONTINUANCE

    On January 24, 2013, Defendants CitiMortgage, Inc. and Citibank, N.A. (collectively "Defendants") moved to dismiss Plaintiff Gina Sanguinetti's ("Plaintiff") first amended complaint in this foreclosure matter. ECF No. 14-1 ("MTD"). A hearing on the MTD was set for March 1, 2013. On February 15, 2013, Defendants filed a Notice of Non-Opposition because Plaintiff had not responded to the MTD by the February 7 deadline set per Civil Local Rule 7-3. ECF No. 19.

    When Defendants filed their MTD, notice was sent to Plaintiff's counsel at the email address he listed on ECF, but Plaintiff's counsel has filed a Notice of Non-Receipt indicating that he received no electronic or paper notice of the MTD. ECF No. 20. Plaintiff now asks the Court to grant a short continuance so

that Plaintiff can file an opposition to the MTD. Id. Because the Federal Rules of Civil Procedure favor a policy of deciding cases on the merits, not on technicalities, the Court now GRANTS Plaintiff's request.

Plaintiff has seven (7) days from the signature date of this Order to file an opposition brief, after which Defendants will have seven (7) days to file a reply, at which point the matter will stand submitted with no need for oral argument. Plaintiff's failure to adhere to this schedule may result in a dismissal of this action with prejudice.

IT IS SO ORDERED.

Dated: February 20, 2013

UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2