IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA SANGUINETTI and GERALD SANGUINETTI,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITIMORTGAGE, INC., CITIBANK, N.A., AND DOES 1-10,<br><br>    Defendants. | Case No. 12-5424 SC<br><br>ORDER REQUESTING FILING OF <u>CONSENT DECREE</u> |

    Plaintiffs' second amended complaint frequently references a consent decree, which is central to some of Plaintiffs' legal theories and is purportedly attached to the "original complaint." ECF No. 29 ¶ 32.  However, neither Defendants nor the Court can locate that document in the record.

///

///

///

///

///

///

///

///

Plaintiffs are ORDERED to file a true and correct copy of the consent decree they reference, in order to rectify their filing error without derailing the Court's evaluation of the presently pending motion to dismiss.

IT IS SO ORDERED.

Dated: August 29, 2013



UNITED STATES DISTRICT JUDGE